UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TOM BRINKMAN

    Plaintiff,

v.                                                Case No. 3:16cv422-MCR-CJK

MITCHELL-PROFFITT COMPANY,
et al.,

    Defendants.

_____/

### REPORT AND RECOMMENDATION

This matter is before the court on referral from the district judge (doc. 70) for a report and recommendation on Defendants' Motion for Determination of Entitlement to Award of Attorneys' Fees and Motion to Tax Costs (doc. 64), to which plaintiff has not responded.[1] Upon review of the motion and response, the undersigned recommends defendants' motion be granted pursuant to 17 U.S.C. § 505,

---

[1] According to the docket, mail addressed to plaintiff at his address of record has been returned as undeliverable since February 20, 2018. Moreover, defendants represented in their motion that they have been unable to contact plaintiff by email or phone.

the parties' Sales and Marketing License Agreement, Fed. R. Civ. P. 68, and Fed. R. Civ. P. 11, for the reasons set forth in defendants' motion.

Accordingly, it respectfully RECOMMENDED:

1.  That Defendants' Motion for Determination of Entitlement to Award of Attorneys' Fees and Motion to Tax Costs (doc. 64) be GRANTED.

2.  That defendants be allowed thirty (30) days from the date of the order adopting this Report and Recommendation in which to submit materials in support of their attorneys' fee request, pursuant to Local Rule 54.1, and that plaintiff be allowed thirty (30) days thereafter in which to respond.

DONE AND RECOMMENDED this 16th day of January, 2019.

/s/ Charles J. Kahn, Jr.
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 3:16cv422-MCR-CJK