# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**TOM BRINKMAN**

 **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No. 3:16cv422-MCR-CJK**

**MITCHELL-PROFFITT COMPANY,**
**et al.,**

 **Defendants.**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 16, 2019 (doc. 71). The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).[1] No timely objections have been filed.

---

[1] According to the docket, mail addressed to plaintiff at his address of record has been returned as undeliverable since February 20, 2018. Moreover, defendants represented that they have been unable to contact plaintiff by email or phone. The clerk nevertheless has continued to send plaintiff copies of orders and report and recommendations at the most recent address of record. It is the pro se plaintiff's responsibility to maintain accurate contact information with the Court.

Having considered the Report and Recommendation, and the record, the Court has determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants' Motion for Determination of Entitlement to Award of Attorneys' Fees and Motion to Tax Costs (doc. 64) is **GRANTED**.

3. Defendants have thirty (30) days from the date of this order in to submit materials in support of their attorneys' fee request, pursuant to Local Rule 54.1, and plaintiff shall have thirty (30) days thereafter in which to respond.

**DONE AND ORDERED** this 19th day of February 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**