UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TOM BRINKMAN**

    **Plaintiff,**

v.                                              **CASE NO. 3:16cv422-MCR-HTC**

**MITCHELL-PROFFITT COMPANY,
JAMES NETTLES and
PATRICIA NETTLES,**

    **Defendants.**

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 2, 2019. ECF Doc. 82. Defendants have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Although the clerk sent a copy of the Report and Recommendation to Plaintiff at Plaintiff's address of record, mail sent to that address has been returned as undeliverable.

Having considered the Report and Recommendation and any objections thereto timely filed, as to which I have made a *de novo* determination, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation (ECF Doc. 82) is adopted and incorporated by reference in this Order.

2. Defendants' Motion for Determination of Amount of Attorneys' Fees Award, ECF Doc. 76, is GRANTED.

3. Defendants shall recover from Plaintiff $208,209.00 in attorneys' fees.

4. Plaintiff shall remit that amount to Defendants, through Defendants' counsel, within 30 days of the date of this Order.

**DONE AND ORDERED** this 4th day of June 2019.

        s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**